JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Xiyi Yang, | ) | SACV 17-00419 JVS(DFMx) |
|     Plaintiff, | ) | ORDER OF DISMISSAL FOR |
|   v. | ) | LACK OF PROSECUTION |
| Jeff Sessions, et al., | ) | |
|     Defendants. | ) | |

The Court having issued an Order to Show Cause on June 21, 2017 as to why this action should not be dismissed for lack of prosecution, with a written response due on July 7, 2017 and no response having been made,

IT IS HEREBY ORDERED that this action is dismissed for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: July 10, 2017

_____
James V. Selna
United States District Judge